UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**VICTORIA CHAMPION,**

    Plaintiff,

v.                                CASE NO.  3:17-cv-372-J-25JRK

**FIRST PREMIER BANK,**

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Joint Stipulation for Order Staying Action and Compelling Arbitration (Dkt. 10).  Upon consideration, it is

**ORDERED** as follows:

1. The parties' Stipulation is approved and incorporated by reference in this Order.

2. This action is **STAYED** pending completion of the arbitration.

3. The Clerk is directed to administratively close this case, to be reopened upon proper motion by either party.

4. The parties are directed to file a Joint Status Report within 90 days hereof, and every 90 days thereafter, advising the Court of the status of the arbitration.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of May, 2017.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record