UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**VICTORIA CHAMPION**,

    Plaintiff,

v.                                   CASE NO.   3:17-cv-372-J-25JRK

**FIRST PREMIER BANK,**

    Defendant.
_____/

## O R D E R

    Before the Court is Plaintiff's Notice of Dismissal (Dkt. 15).  Pursuant thereto, it is

    **ORDERED** that this action is **DISMISSED with prejudice**.  The Clerk of the Court is directed to remove the administrative closure flag and to close this case.

    **DONE AND ORDERED** at Jacksonville, Florida, this 21st day of May, 2018.

                                               HENRY LEE ADAMS, JR.
                                               United States District Judge

Copies to:  Counsel of Record